JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAVIER GUZMAN MENDOZA,

    Petitioner,

v.

ADELANTO ICE PROCESSING

CENTER WARDEN, et al.,

    Respondent.

Case No. 5:26-cv-02144-KES

**JUDGMENT**

Pursuant to the Court's Order Granting Petition, IT IS ADJUDGED that Grounds 2 and 4 of the Petition are granted and Grounds 1 and 3 are dismissed as moot.

DATED: May 22, 2026

_____

KAREN E. SCOTT

UNITED STATES MAGISTRATE JUDGE